UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED PROBATION OFFICERS ASSOCIATION, individually and on behalf of its members, JEAN BROWN, TANGA JOHNSON, TARA SMITH, EMMA STOVALL, and CATHY WASHINGTON, on behalf of themselves and all other similarly-situated individuals,<br><br>                            Plaintiffs,<br><br>  -against-<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF PROBATION,<br><br>                            Defendants. | **CLASS ACTION COMPLAINT**<br><br>Case No. 21-cv-218<br><br>JURY DEMAND ON ALL COUNTS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Plaintiffs, by their attorneys, The Kurland Group, having offices at 85 Broad St., 28th Floor, New York, NY 10004, complaining of the Defendants, allege as follows:

## NATURE OF ACTION

1.  Plaintiffs United Probation Officers Association ("UPOA"), individually and on behalf of its members, Jean Brown, Tanga Johnson, Tara Smith, Emma Stovall, and Cathy Washington, on behalf of themselves and all other similarly-situated individuals, (collectively, the "Named Plaintiffs" or "Plaintiffs") bring this action against Defendants City of New York ("City") and New York City Department of Probation ("DOP") (collectively, "Defendants") to secure injunctive and monetary relief from discrimination on the basis of sex, gender, and/or race based on Defendants' employment practices.