USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED PROBATION OFFICERS ASSOCIATION, individually and on behalf of its members, JEAN BROWN, TANGA JOHNSON, TARA SMITH, EMMA STOVALL, and CATHY WASHINGTON, on behalf of themselves and all other similarly situated individuals,

        Plaintiffs,

v.

CITY OF NEW YORK,

        Defendant.

21-CV-0218 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court will hear oral argument on Defendant's pending motion to dismiss the amended complaint on February 18, 2022 at 3:00 p.m. Argument will be held via videoconference. Members of the public may listen to the argument by using the following audio-only dial-in information: Call-In Number: 917-933-2166; Access Code: 830 059 037.

SO ORDERED.

Dated:   February 8, 2022
           New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge