USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED PROBATION OFFICERS
ASSOCIATION, individually and on behalf
of its members, JEAN BROWN, TANGA
JOHNSON, TARA SMITH, EMMA
STOVALL, and CATHY WASHINGTON,
on behalf of themselves and all other
similarly situated individuals,

                                    Plaintiffs,

                    v.

CITY OF NEW YORK,

                                    Defendant.

21-CV-0218 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

Following a request from counsel, the oral argument scheduled for today is adjourned to

March 1, 2022 at 3:00 p.m.  The Court will issue a subsequent order with details regarding the

March 1 argument.

SO ORDERED.

Dated:    February 18, 2022
          New York, New York

                                    _____
                                    Hon. Ronnie Abrams
                                    United States District Judge