```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED PROBATION OFFICERS ASSOCIATION, individually and on behalf of its members, JEAN BROWN, TANGA JOHNSON, TARA SMITH, EMMA STOVALL, and CATHY WASHINGTON, on behalf of themselves and all other similarly situated individuals,

      Plaintiffs,

v.

CITY OF NEW YORK,

      Defendant.

21-CV-0218 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  Oral argument on Defendants' motion to dismiss the amended complaint is scheduled for March 1, 2022 at 3:00 p.m. Argument will be held via videoconference. Members of the public may listen to the argument by using the following audio-only dial-in information: Call-In Number: 917-933-2166; Access Code: 112 132 48.

SO ORDERED.

Dated: February 25, 2022
    New York, New York

                     Hon. Ronnie Abrams
                     United States District Judge