

March 25, 2022

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United Probation Officers Association, et al v. City of New York, et al.
    Docket No. 21-cv-218 (RA)**

Dear Your Honor:

This office represents the Plaintiffs in the above referenced matter.

We write pursuant to the Court's rules to respectfully ask an extension to April 30, 2022 to file Plaintiffs' Second Amended Complaint.

Your Honor issued an Opinion and Order on March 24, 2022 [ECF No. 33] dismissing Plaintiffs' First Amended Complaint and directing that Plaintiffs had until April 14, 2022 to file a Second Amended Complaint.

Plaintiffs do intent to file a Second Amended Complaint, but due to our office's workload in the upcoming weeks as well as the undersigned's personal schedule we write to respectfully ask for an extension of this deadline to April 30, 2022.

We have reached out to Defendants who consent to this extension. There have been no previous requests for this relief.

We thank the Court for its time and attention.

Respectfully Submitted,

      *//s//*
Yetta G. Kurland

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 28, 2022

85 BROAD STREET
28TH FLOOR
NEW YORK, NY 10004

P: 212 253 6911
F: 212 614 2532
kagan@kurlandgroup.com
KURLANDGROUP.COM

New York | Washington, D.C.