USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED PROBATION OFFICERS ASSOCIATION, *individually and on behalf of its members*, TANGA JOHNSON, JEAN BROWN, TARA SMITH, EMMA STOVALL, and CATHY WASHINGTON, *on behalf of themselves and all others similarly situated*,

                Plaintiffs,

v.

CITY OF NEW YORK,

                Defendant.

No. 21-cv-218 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Now pending before the Court is the City's motion to dismiss the Second Amended Complaint. *See* Dkt. 45. For reasons that will follow, the motion is granted in part and denied in part. No later than April 7, 2023, the parties are directed to file a joint letter proposing dates when they are available to appear for a conference, as well as whether they would prefer the conference to occur in-person or remotely by videoconference via Microsoft Teams.

    The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 40 and 45.

SO ORDERED.

Dated:    March 31, 2023
             New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge