USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED PROBATION OFFICERS ASSOCIATION, *individually and on behalf of its members*, TANGA JOHNSON, JEAN BROWN, TARA SMITH, EMMA STOVALL, and CATHY WASHINGTON, *on behalf of themselves and all others similarly situated*,

      Plaintiffs,

  v.

CITY OF NEW YORK,

      Defendant.

No. 21-cv-218 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  Due to a Court conflict, the remote conference previously scheduled for May 2, 2023 in this action is hereby adjourned to May 5, 2023 at 11:30 a.m. Audio-Only Call-In Number: (646) 453-4442; Access Code: 453327094#. Should this present a conflict for either party, they may make an application for further adjournment by letter.

SO ORDERED.

Dated: April 27, 2023
    New York, New York

                     Hon. Ronnie Abrams
                     United States District Judge