UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED PROBATION OFFICERS ASSOCIATION et al., :

Plaintiffs, :

-v.- :

CITY OF NEW YORK et al., :

Defendants. :

-------------------------------------------------------------X

SCHEDULING ORDER

21 Civ. 218 (RA) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The following scheduling order is issued pursuant to Rule 16 of the Federal Rules of Civil Procedure. It shall apply to proceedings through the Court's ruling on Plaintiffs' anticipated motion for class certification.

1. All non-expert fact discovery for the class certification phase of litigation shall be completed no later than **April 30, 2024**.

2. The following interim deadlines may be extended by written consent of all parties without application to the Court, provided all non-expert fact discovery for the class certification phase of this litigation is completed by the date set forth in paragraph 1 above:

   a. Requests for production served on July 21, 2023 by Defendant and July 18, 2023 by Plaintiffs shall be responded to no later than **January 31, 2024.**

   b. Document production to be completed no later than **March 31, 2024**.

   c. Depositions to be completed no later than **April 30, 2024**.

3. All expert discovery necessary for class certification shall be completed as follows:

   a. Report(s) of Plaintiffs' Expert(s) for class certification discovery shall be produced on or before May 31, 2024;

   b. Report(s) of Defendant's Expert(s) shall be produced on or before July 1, 2024;

   c. Depositions of Experts for certification discovery shall be completed on or before July 19, 2024;

4. The schedule for submission of the joint pretrial order and additional submission required by Rule 6 of the Court's Individual Rules and Practice Date will be addressed in the Civil Case Management Plan to be submitted after the Court decides Plaintiffs' motion for class

certification.

5. Counsel for the parties will confer about their best estimate of the length of trial after the Court decides Plaintiffs' motion for class certification.

6. Any motion for class certification is returnable before Judge Abrams, shall comply with her Individual Practices, and shall be filed by September 25, 2024. Plaintiffs' initial memorandum and defendant's opposition shall not exceed 40 pages and plaintiffs' reply memorandum shall not exceed 20 pages.

7. The parties shall submit a new Civil Case Management Plan within 21 days after the Court issues its ruling on class certification.

8. If both sides seek a settlement conference before the undersigned, they may file a joint letter proposing dates and times for such a conference.

SO ORDERED.
Dated: January 17, 2024
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge