UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                      :

UNITED PROBATION OFFICERS
ASSOCIATION et al.,                                   :

             Plaintiffs,          :            <u>ORDER</u>

         -v.-                                :
                                                         21 Civ. 218 (RA) (GWG)
CITY OF NEW YORK et al.,                     :

                                                 :
            Defendants.
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in Docket ## 124, 125 will take place on Monday, September 30, 2024, at 3:30 p.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York. It is the Court's intention to decide the dispute based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin on time.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: September 27, 2024
       New York, New York

                                                               GABRIEL W. GORENSTEIN
                                                               United States Magistrate Judge