UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                    :

UNITED PROBATION OFFICERS
ASSOCIATION et al.,                        :

             Plaintiffs,        :    ORDER

        -v.-             :

                         21 Civ. 218 (RA) (GWG)

                                :

CITY OF NEW YORK et al.,

                                :

             Defendants.
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Defendants are granted leave to file a reply brief in support of their motion to preclude (Docket # 235) provided it is filed on or before June 16, 2026.

      SO ORDERED.

Dated: June 9, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge